Arthur Tait, Esq.
Law Offices of Tait Fleming & Wong
1524 Brookhollow, Suite 6
Santa Ana, CA 92705
Telephone: (949) 752-4004
Facsimile: (949) 258-5293
State Bar No. 205614

Attorney for Plaintiff
Lara Gutierrez

FILED
08 JAN 24 PM 1:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHER DISTRICT OF CALIFORNIA

LARA GUTIERREZ           )   CASE NO. '08 CV 0144 W LSP
                         )
         Plaintiff,      )   FIRST AMENDED COMPLAINT FOR
                         )   DAMAGES
     v.                  )
                         )   1. Violation of Civil Rights
CITY OF SAN DIEGO, A.    )      (42 U.S.C. 1983; Fourth
IZZARELLI, ID # 51293, D.)      Amendment)
NAPOLEON, ID # 89411,    )   2. Violation of Civil Rights
METROPOLITAN DEVELOPMENT )      (42 U.S.C. 1983; Unlawful
TRANSIT BOARD, SAN DIEGO )      Policies, Customs, or
TROLLEY, INC., RICHMAN   )      Habits)
MANAGEMENT CORP D/B/A/   )   3. False Arrest
HERITAGE SECURITY SERVICES,)  4. Battery
AND DOES 1-20            )   5. Negligence
                         )   6. Malicious Prosecution
         Defendants.     )
                         )
                         )
_____)

Plaintiff alleges:

### GENERAL ALLEGATIONS

1. This is a lawsuit for money damages and is brought pursuant to Federal and California state law, including but not limited to 42

Complaint for Damages
1

1  United States Code § 1983, California Civil Code § 52.1, for personal
2  injuries and claims of false arrest, invasion of privacy, malicious
3  prosecution, battery, negligence, negligent hiring, training retention
4  and supervision/unlawful policy, and malicious prosecution.
5     2. Plaintiff is and was at all material times mentioned herein a
6  resident of the County of San Diego, State of California.
7     3. At all times mentioned herein Defendants A. IZZARELLI, ID #
8  51293, D. NAPOLEON, ID # 89411 AND DOES 1-20 were employees of either
9  defendant CITY OF SAN DIEGO or defendant HERITAGE SECURITY and in
10 doing the acts hereinafter described acted within the course and scope
11 of their employment. The acts of all defendants and each of them, were
12 also done under the color and pretense of the statutes, ordinances,
13 regulations, customs and usages of the State of California. The
14 individual defendants named above and DOES 1 through 20 are sued
15 individually and in their capacities as employees of the CITY OF SAN
16 DIEGO or the COUNTY OF SAN DIEGO.
17    4. Defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT
18 BOARD, SAN DIEGO TROLLEY, INC. are public entities existing under the
19 laws of the State of California and are the employers of the
20 individual defendant named above and DOES 1 - 20.
21    5. The true names or capacities whether individual, corporate,
22 associate or otherwise, of defendants named herein as DOES 1 through
23 20 are unknown to Plaintiff, who therefore sues said defendants by
24 said fictitious names. Plaintiff will amend this complaint to show
25 said defendants' true names and capacities when the same have been
26 ascertained. Plaintiff is informed and believes and thereon alleges
27 that all defendants sued herein as DOES are in some manner responsible
28 for the acts and injuries alleged herein.

2

6. Plaintiff is informed and believes and therefore alleges that at all times mentioned herein each of the defendants was the agent, servant and/or employee of each of the remaining defendants and were, in doing the acts herein alleged, acting within the course and scope of this agency and/or employment and with the permission, consent and authority of their co-defendants and each of them, and each is responsible in some manner for the occurrences hereinafter alleged; and that Plaintiff's injuries were proximately caused by the actions of each.

7. Plaintiff filed timely claims with the City of San Diego for the injuries alleged herein. Those claims were denied.

**FACTUAL ALLEGATIONS**

8. On January 12, 2007 claimant was falsely arrested and unlawfully beaten by San Diego Trolley Security Officers A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411 and Does 1 - 10. Plaintiff had attempted to assist a disabled person enter the trolley. Soon thereafter, A. IZZARELLI accused plaintiff of interfering with the train operation and demanded her to produce her trolley ticket and identification. Because of his aggressive tone, Plaintiff became fearful and had an asthma attack. Other security officers including D. NAPOLEON, ID # 89411 were called in to assist in the unlawful arrest and mistreatment of Ms. Gutierrez. Even though Ms. Gutierrez had produced a valid ticket for the trolley and identification, they purposefully held her in their custody on the false accusation that she had produced false information and had illegal drugs in her possession. Other officers arrived with police dogs to cause greater intimidation. Plaintiff was then cuffed and pushed to the ground while officers

searched her purse and person.

9. Security Officers A. IZZARELLI, ID # 51293 and D. NAPOLEON, ID # 89411 caused plaintiff to be criminally prosecuted in San Diego Superior Court.  Ms. Gutierrez was acquitted of all charges in that action.

10. The Metropolitan Transit Development Board and San Diego Trolley, Inc. are the ultimate employers of Security Officers A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411, because they have hired Richman Management Corp d/b/a/ Heritage Security Services to provide security on the trolley, and those individuals are employees of Richman Management Corp.

**FIRST CAUSE OF ACTION**
[42 U.S.C. § 1983 Constitutional Violations-Unlawful Search and Seizure/Excessive Force Against A. IZZARELLI, ID # 51293 and D. NAPOLEON, ID # 89411, AND DOES 1-20]

11. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 11 above as though fully set forth herein.

12. As a result of the acts alleged above, Plaintiff was unlawfully seized by Defendants without a warrant or probable cause. Thus, Plaintiff suffered an unlawful search and seizure in violation of her constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, et seq. in an amount to be proven at trial.

13. As a further result of the acts alleged above, particularly the unjustified and unnecessary use of force on Plaintiff, Defendants used unnecessary, unjustified and excessive force upon Plaintiff. This

unreasonable and excessive force constituted an unlawful seizure, in violation of Plaintiff's constitutional rights as guaranteed by the Fourth Amendment to the United States Constitution. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983 in an amount to be proven at trial.

14. As a proximate result of the acts alleged above, Plaintiff was injured in mind and body. Plaintiff was arrested, hand-cuffed, thrown to the ground and suffered extreme humiliation and loss of her freedom and liberty as a result of his arrest. Plaintiff suffered pain and injury to her chest and wrists and incurred medical expenses. Plaintiff further suffered severe emotional distress as a result of the acts of Defendant. Plaintiff is therefore entitled to general and compensatory damages in an amount to be proven at trial.

15. In committing the acts alleged above, Defendants acted maliciously and/or were guilty of a wanton and reckless disregard for the rights, feelings and safety of Plaintiff, and by reason thereof Plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

**SECOND CAUSE OF ACTION**
[42 U.S.C. § 1983 Constitutional Violations via Unlawful Policies, Customs or Habits Against the City of San Diego, Metropolitan Transit Development Board, San Diego Trolley Inc., Richman Management Corp. d/b/a/ Heritage Security]

16. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 16 above as though fully set forth herein.

17. On information and belief Plaintiff alleges that defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY

through their police department and security staff department, have unlawful policies, customs and habits of improper and inadequate hiring, training, retention, discipline and supervision of its police officers, including the individual defendants named herein, legally causing the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, in an amount to be proven at trial.

18. Further, on information and belief Plaintiff alleges that defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY through their police department and security staff department, have an unlawful policy, custom or habit of permitting or condoning the unnecessary and unjustified use of force by police officers and security officers, including Defendants named and DOES 1-20 and of permitting or condoning attitude arrests and/or acts of unreasonable force by its employees, including the individual defendants named herein. Defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY have further unlawful policy, custom and habit of inadequate training, supervision and disciplining of errant officers, including the individually named defendants and DOES 1-20.

19. Defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY have a further unlawful custom, policy and habit of permitting or condoning unlawful detention, arrest and custody procedures and practices by their employees. Said unlawful

policies, customs and habits proximately caused the constitutional deprivations, injuries and damages alleged in the First Cause of Action. As a result, Plaintiff is entitled to damages pursuant to Title 42 U.S.C. § 1983, in an amount to be proven at trial.

20. As a proximate result of the unlawful policies, customs and habits alleged above, Plaintiff suffered the injuries alleged above and thus is entitled to general and compensatory damages in an amount to be proven at trial.

**THIRD CAUSE OF ACTION**
[False Arrest Against Security Officers A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411, AND DOES 1-20]

21. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 21 above as though fully set forth herein.

22. By the acts alleged herein, particularly the acts of defendants, detaining and arresting Plaintiff and placing her in custody without a warrant or probable cause, Plaintiff was falsely arrested, entitling her to damages pursuant to California law.

23. As a result of these acts Plaintiff suffered the injuries and damages described above, entitling her to damages in an amount to be proven at trial.

24. 35. In committing the acts alleged above, Defendant Freestone acted maliciously and/or was guilty of a wanton and reckless disregard for the rights and feelings of plaintiff, and by reason thereof plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

**FOURTH CAUSE OF ACTION**
[Battery / Excessive Force Security Officers A. IZZARELLI, ID #

51293, D. NAPOLEON, ID # 89411, Metropolitan Transit Development Board, San Diego Trolley Inc., Richman Management Corp. d/b/a Heritage Security]

25. Plaintiff realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 25 above as though fully set forth herein.

26. By the acts alleged herein, particularly the acts of excessive force and violence used upon Plaintiff by Defendants named and DOES 1-20 as described above, defendants committed a battery upon Plaintiff, entitling Plaintiff to damages pursuant to California law.

27. As a proximate result of the acts alleged above, Plaintiff was injured in mind and body. Plaintiff suffered pain and injury to her chest and wrists and incurred medical expenses. Plaintiff further suffered severe emotional distress as a result of the acts of Defendants. Plaintiff is therefore entitled to general and compensatory damages in an amount to be proven at trial.

28. In committing the acts alleged above, the defendants named individually and DOES 1-20 acted maliciously and/or were guilty of a wanton and reckless disregard for the rights, feelings and safety of Plaintiff, and by reason thereof Plaintiff is entitled to exemplary and punitive damages in an amount to be proven at trial.

**FIFTH CAUSE OF ACTION**
[Negligence; Respondeat Superior against Security Officers A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411, AND DOES 1-20, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY]

29. Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 29 above as though fully set forth herein.

30. By the acts alleged above, Defendants, DOES 1 - 20 and each

of them were negligent and breached their duty of due care owed to plaintiff, thereby causing the injuries described in the First Cause of Action, and the damages described above.

31.   Furthermore, Defendants named and DOES 1 - 20 were acting within the course and scope of their employment by either Defendant CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., or RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY. Defendants CITY OF SAN DIEGO, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., and RICHMAN MANAGEMENT CORP. d/b/a/ HERITAGE SECURITY are therefore liable for the acts and omissions of Defendants named and DOES 1 - 20 by respondeat superior.

### SIXTH CAUSE OF ACTION
[Malicious Prosecution Against Security Officers A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411 and Does 1-20]

32.   Plaintiff realleges and incorporates by reference the allegations contained in paragraphs 1 through 32 above as though fully set forth herein.

33.   Defendants, by their actions described above, willfully and with malice caused the criminal prosecution of plaintiff. Plaintiff was acquitted by jury trial.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants and each of them as follows:

1. For general and compensatory damages against defendants and each of them in an amount to be proven at trial;

2. For exemplary and punitive damages against Defendants named as individuals, and DOES 1-20 only, in an amount to be proven at trial;

3. For costs of suit herein, including reasonable attorneys fees; and

4. For such other and further relief as the Court deems proper.

Dated: 1-23-08

_____
ARTHUR F. TAIT,
Attorney for Lara Gutierrez

Plaintiff hereby demands a jury trial in this action.

Dated: 1-23-08

_____
ARTHUR F. TAIT,
Attorney for Lara Gutierrez

```
         UNITED STATES
         DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         # 146823      - SR

         January 24, 2008
              13:37:05


           Civ Fil Non-Pris
  USAO #.: 08CV0144 CIV. FIL.
  Judge..: THOMAS J WHELAN
  Amount.:              $350.00 CK
  Check#.: BC#1315



     Total->   $350.00



  FROM: GUTIERREZ V. CITY OF SAN DIEGO
        ET AL
        CIVIL FILING
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LARA GUTIERREZ

**DEFENDANTS**
CITY OF SAN DIEGO, et al.

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Arthur Tait, 1524 Brookhollow, Suite 6
Santa Ana, CA 92705, (949) 752-4004

Attorneys (If Known)
'08 CV 0144 W LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983 Civil Rights Action

Brief description of cause:
battery, false arrest

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 1-23-08

SIGNATURE OF ATTORNEY OF RECORD
/s/ Tait

**FOR OFFICE USE ONLY**

RECEIPT # 146823  AMOUNT 350.  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

1/24/08