Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LARA GUTIERREZ

vs

CITY OF SAN DIEGO, A. IZZARELLI, ID # 51293, D. NAPOLEON, ID # 89411, METROPOLITAN DEVELOPMENT TRANSIT BOARD, SAN DIEGO TROLLEY, INC., RICHMAN MANAGEMENT CORP D/B/A/ HERITAGE SECURITY SERVICES, AND DOES 1-20

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0144 W LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Arthur Tait, Esq.
1524 Brookhollow, Suite 6
Santa Ana, CA 92705
Telephone: (949) 752-4004

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. RAINS

JAN 2 4 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)