

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Lara Gutierrez,

        Plaintiff,

vs.

City of San Diego et al,

        Defendant.

CASE NO. 08CV0144-W(LSP)

JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to all (without) prejudice, for want of prosecution.

DATED: June 23, 2008

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE